IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>Plaintiff,<br><br>v.<br><br>LANDMARK AMERICAN INSURANCE COMPANY, an Oklahoma corporation, and DOES 1 through 10,<br><br>Defendants. | No. C 05-02803 WHA<br><br>**ORDER DENYING MOTION FOR CONTINUANCE OF DATES** |

The parties have jointly moved for an extension of all dates including the trial date by over one year. This is simply too long to extend the schedule at this time. This order, therefore, holds that all dates will remain in place. The motion is **DENIED**. This order, however, is without prejudice for the parties to seek a continuance of the dates as the trial dates approach.

**IT IS SO ORDERED.**

Dated: June 28, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE