IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>Plaintiff,<br><br>v.<br><br>LANDMARK AMERICAN INSURANCE COMPANY, an Oklahoma corporation, and DOES 1 through 10,<br><br>Defendants.<br>_____ / | No. C 05-02803 WHA<br><br>**ORDER DENYING MOTION FOR CONTINUANCE OF DATES** |

The parties have jointly moved for an extension of all discovery deadlines by several months. As indicated in this Court's order denying extension of the trial date issued June 28, 2006, no lengthy extension to the schedule will be given to await the outcome of related state actions of uncertain duration. This order, therefore, holds that all discovery deadlines will remain in place. The motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 7, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE