MARY P. MCCURDY (SBN 116812)
LAURA J. RUETTGERS (SBN 206636)
McCurdy & Fuller LLP
1080 Marsh Road, Suite 110
Menlo Park, California 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599

Attorneys for Plaintiff
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LANDMARK AMERICAN INSURANCE COMPANY, an Oklahoma corporation, and DOES 1 through 10,<br><br>Defendants. | Case No.: C 05-02803 WHA<br><br>**REQUEST FOR DISMISSAL WITHOUT PREJUDICE/[PROPOSED] ORDER THEREON** |

As further litigation in this matter prior to the resolution of the underlying actions will operate to greatly prejudice the parties' respective insureds, the parties to this action have reached an interim agreement with respect to the defense and indemnity of East Bay Municipal Utilities District and Mountain Cascade, Inc. while the underlying actions are pending. Accordingly, the parties respectfully request that the Court dismiss plaintiff National Union Fire Insurance Company of Pittsburgh, PA's complaint <u>without prejudice</u>, with each party to bear its own costs and fees.

/ / /

/ / /

/ / /

18974

- 1 -

**Request for Dismissal without Prejudice/[Proposed] Order**

| | | |
|---|---|---|
| Dated: September 21, 2006 | By: | /s/ Laura J. Ruettgers |
| | | LAURA J. RUETTGERS |
| | | McCURDY & FULLER LLP |
| | | Attorneys for Plaintiff NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA |
| Dated: September 21, 2006 | By: | |
| | | Denis Shanagher, Esq. |
| | | LUCE, FORWARD, HAMILTON & SCRIPPS LLP |
| | | Attorneys for Defendant LANDMARK AMERICAN INSURANCE COMPANY |

**IT IS SO ORDERED**

Dated: September 28, 2006

_____
Hon. William H. Alsup,
UNITED STATES DISTRICT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]

18974

- 2 -

**Request for Dismissal without Prejudice/[Proposed] Order**